No. 303. WILLIAMS *v.* GOLDEN, MARSHAL. October
14, 1940. Petition for writ of certiorari to the Supreme

Court of Missouri denied. *Mr. Robert W. Hall* for petitioner. *Messrs. Edgar H. Wayman* and *Oliver Senti* for respondent.